No. 78–1692. SOLOMON *v.* WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 78–1694. C. DOUGLAS WILSON & Co. *v.* INSURANCE COMPANY OF NORTH AMERICA ET AL. C. A. 4th Cir. Certiorari denied.

No. 78–1696. DAYTON HYDRAULIC Co. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–1698. DE TENORIO ET AL. *v.* LIGHTSEY ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–1699. AYERS ET AL. *v.* SPARTAN GRAIN & MILL Co. C. A. 5th Cir. Certiorari denied.

No. 78–1700. CONROY ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–1705. McCUTCHEON *v.* CHICAGO BOARD OF EDUCATION ET AL. C. A. 7th Cir. Certiorari denied.

No. 78–1706. CROUCH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–1707. DALY *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 78–1708. SHAPIRO *v.* COLUMBIA UNION NATIONAL BANK & TRUST Co. ET AL. Sup. Ct. Mo. Certiorari denied.

No. 78–1709. JACKSON ET AL. *v.* GEORGIA. Super. Ct. Ga., Fulton County. Certiorari denied.

No. 78–1701. PARKER, TRUSTEE IN BANKRUPTCY *v.* KLOCHKO EQUIPMENT RENTAL Co., INC., ET AL. C. A. 6th Cir. Certiorari denied.